

D9715 - E48

EXHIBIT A

D9715 - E49

Internal Medicine Call Schedule
July 2009

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1<br>GM Senior Osuobeni<br>GM Intern Burell/Register<br>Unit Senior Bao<br>Unit Intern<br>Night Float Nayyar | 2<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayyar | 3<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Nayyar | 4<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Bao |
| 5<br>GM Senior Osuobeni<br>GM Intern Burell/Oncrwrls<br>Unit Senior Bao<br>Unit Intern<br>Night Float Nayyar 7pm-7am | 6<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayyar<br>4 pm - 7 am<br>4 pm - 7 am<br>4 pm - 7 pm<br>4 pm - 7 am | 7 | 8<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayyar | 9<br>GM Senior Osuobeni<br>GM Intern Burell/Register<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Nayyar | 10<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayyar | 11<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Bao |
| 12<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayyar | 13<br>GM Senior Osuobeni<br>GM Intern Burell/Oncrwrls<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Nayyar | 14<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayyar | 15<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Nayyar | 16<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayyar | 17<br>GM Senior Osuobeni<br>GM Intern Burell/Register<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Nayyar | 18<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Bao |
| 19<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Nayyar | 20<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayyar | 21<br>GM Senior Osuobeni<br>GM Intern Burell/Oncrwrls<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Nayyar | 22<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayyar | 23<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Nayyar | 24<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Rink MS4<br>Night Float Nayyar | 25<br>GM Senior Osuobeni<br>GM Intern Burell/Register<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Bao |
| 26<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayyar | 27<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Carr<br>Night Float Nayyar | 28<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayyar | 29<br>GM Senior Osuobeni<br>GM Intern Burell/Oncrwrls<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Nayyar | 30<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayyar | 31<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Carr<br>Night Float Nayyar | 1-Aug<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Aziz |
| 2-Aug<br>GM Senior Osuobeni<br>GM Intern Burell/Register<br>Unit Senior Bao<br>Unit Intern<br>Night Float Bao | | | | | | |

EXHIBIT B

D9715 - E50

11/10/2009 8:16:00 AM

# First H1N1 death reported

Email this article • Print this article

Debra Gaskill
Managing Editor

A 33-year-old Washington C.H. man has become the county's first H1N1 fatality.

Christopher Allen Ward, 33, of Washington C.H. died on Sunday, November 8, 2009 at the Mt. Carmel West hospital, Columbus, as a result of complications from H1N1.

"At this time, we are not aware of any underlying health conditions," said Karen Lowe, Deputy Health Commissioner, that could have lead to the man's death. "Our deepest sympathy goes out to the family."

Family members told the Record Herald that Ward was diagnosed on Monday with H1N1 and admitted to the hospital Friday with H1N1 and pneumonia. He was transported via medical helicopter to Mount Carmel Saturday.

The funeral service will be held on Thursday, Nov. 12 at 5 p.m., at the Morrow Funeral Home in Washington C.H. with Esto Haithcock officiating. Burial will be at the family's convenience. Friends may call at the Morrow Funeral Home in Washington C.H. on Thursday, Nov. 12 from 2-5 p.m.



Ward was employed at the Sugar Creek Packing Company in Washington C.H. He is survived by his mother, Estella Kellough of Bainbridge, his wife, Kim Penwell Ward, a son, Dustin Penwell Ward, two daughters, Dakendra and Mackenzie Ward all of Washington C.H., two brothers, Randy (Tracy) Newland of Bainbridge, and Scott (Ashley) Forsha of Washington C.H., a sister, Kay (Butch) Thompson of Bainbridge, special friends, Jason (Regina) McComis of Washington C.H. his mother and father in law, Chuck (Cheryl) Woolever and a brother in law, Bobby Penwell of Washington C.H. Mr. Ward is also survived by many aunts, uncles, cousins, nieces and nephews.

Memorial contributions can be directed to the family at 815 S. Main St., Washington C.H. For more information please contact, Jennifer Johnson at 740-571-6595.

While this death is the county's first, the virus is widespread throughout the county, Lowe said and efforts to vaccinate targeted groups are continuing.

The Fayette County Health Department will be holding another H1N1 flu clinic from 9 a.m. until noon Saturday, Nov. 14, 2009 at the new Washington Middle School on Elm Street in Washington C.H.

This flu vaccine is free.

Only the following targeted groups will be eligible to obtain the vaccine:

• Pregnant women

• Children 6 months- 24 years old

• Healthcare workers (a work ID must be provided)

EXHIBIT C

D9715 - E51

- Care givers and parents of infants less than 6 months old

- Those individuals 25 - 64 years of age with chronic health conditions such as heart disease, ,diabetes, pulmonary disease (including asthma), kidney disease, liver disease, neurological disease and those immunosuppressed. This group does not include those with high blood pressure or high cholesterol.

Children under 10 years old who have been vaccinated for H1N1, should have a second dose 28 days from the first dose. Please note that those children who have been vaccinated are not yet ready for the second dose if they had the first dose from the Fayette County Health Department.

http://www.recordherald.com/main.asp?SectionID=1&SubSectionID=1&ArticleID=134469