## Armstrong, Kristopher

**From:** Armstrong, Kristopher
**Sent:** Tuesday, February 22, 2011 12:49 PM
**To:** William Patmon
**Subject:** RE: Nayyar

Okay - thanks.

**From:** William Patmon [mailto:Wpatmon@patmonlaw.com]
**Sent:** Tuesday, February 22, 2011 12:13 PM
**To:** Armstrong, Kristopher
**Subject:** Re: Nayyar

Out on vacation until Wednesday. Contact you when I return,

Sent from my iPhone

On Feb 22, 2011, at 11:46 AM, "Armstrong, Kristopher" <karmstrong@bakerlaw.com> wrote:

Hi Bill,

I wanted to check in regarding your e-mail below. Could you please send over the dismissal sometime today?

Thanks,

Kris

**From:** William Patmon [mailto:Wpatmon@patmonlaw.com]
**Sent:** Thursday, February 17, 2011 10:02 AM
**To:** Armstrong, Kristopher
**Cc:** Asensio, Mike
**Subject:** RE: Nayyar

I am working on the dismissal. I will have it done soon.
Patmon LLC
Attorneys at Law
Easton Town Center
4100 Regent Street, Suite U
Columbus, Ohio 43219
Ph: (614) 470-9860
Fax: (614) 470-9930
Email: wpatmon@patmonlaw.com
www.patmonlaw.com

NOTICE FROM PATMON, LLC
The information contained in this e-mail message is privileged and confidential information intended for the use of the individual or entity to whom it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately destroy, discard, or erase this

4/6/2011

communication and notify the sender of this e-mail of the error.

**From:** Armstrong, Kristopher [mailto:karmstrong@bakerlaw.com]
**Sent:** Wednesday, February 16, 2011 10:16 AM
**To:** William Patmon
**Cc:** Asensio, Mike
**Subject:** RE: Nayyar
Bill,
Please send a draft of the stipulation of dismissal over for our review as soon as possible. As you said, let's keep the momentum going on this case.
Thanks,
Kris

**From:** William Patmon [mailto:Wpatmon@patmonlaw.com]
**Sent:** Wednesday, February 09, 2011 4:00 PM
**To:** Armstrong, Kristopher
**Subject:** Re: Nayyar

Ok

Sent from my iPhone

On Feb 9, 2011, at 2:50 PM, "Armstrong, Kristopher" <karmstrong@bakerlaw.com> wrote:

> Bill,
> We have heard back from our clients and the Defendants will stipulate to Dr. Nayyar's voluntary dismissal of the case without prejudice to refile, subject to the conditions discussed with Magistrate King this morning: (1) that the refiled complaint shall be identical to the most recent complaint filed in the current action in terms of both claims and factual allegations; and (2) that all discovery taken to date in the current action shall be usable in the new case. We would like those conditions expressly written into the stipulation that is filed with the Court. Please send me a draft of the stipulation so that I can review it prior to filing.
> I know we will have some document issues to sort out, but our clients would like us to complete Dr. Nayyar's deposition as soon as possible after the case is refiled. We will be in touch with you to schedule that once the new case is filed.
> Thanks very much,
> Kris

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying

or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

4/6/2011