## Armstrong, Kristopher

**From:** William Patmon [Wpatmon@patmonlaw.com]
**Sent:** Friday, February 25, 2011 6:22 PM
**To:** Armstrong, Kristopher
**Subject:** RE: Nayyar - Stipulation of Dismissal

I will review.

Patmon LLC
Attorneys at Law
Easton Town Center
4100 Regent Street, Suite U
Columbus, Ohio 43219
Ph: (614) 470-9860
Fax: (614) 470-9930
Email: wpatmon@patmonlaw.com
www.patmonlaw.com

NOTICE FROM PATMON, LLC

The information contained in this e-mail message is privileged and confidential information intended for the use of the individual or entity to whom it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately destroy, discard, or erase this communication and notify the sender of this e-mail of the error.

---

**From:** Armstrong, Kristopher [mailto:karmstrong@bakerlaw.com]
**Sent:** Friday, February 25, 2011 5:20 PM
**To:** William Patmon
**Cc:** Asensio, Mike; Leeah Watkins
**Subject:** Nayyar - Stipulation of Dismissal

Bill,

I know you are busy, so I decided to put together a proposed stipulation of dismissal (attached). If this works for you, please go ahead and file it. I have also attached a proposed order.

Please give me a call if you would like to discuss.

In addition, Dr. Rutecki has asked that you coordinate any depositions through us, rather than contacting him directly.

Thanks,

Kris

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.