## Armstrong, Kristopher

| | |
|---|---|
| **From:** | Armstrong, Kristopher |
| **Sent:** | Wednesday, March 16, 2011 12:28 PM |
| **To:** | William Patmon |
| **Cc:** | Asensio, Mike |
| **Subject:** | RE: Nayyar - Dismissal |

Bill,

I am sorry to hear about the death in your family.  Thank you for your response.  We look forward to the filing of the dismissal when you are able.

Thanks,

Kris

---

**From:** William Patmon [mailto:Wpatmon@patmonlaw.com]
**Sent:** Wednesday, March 16, 2011 12:19 PM
**To:** Armstrong, Kristopher
**Subject:** RE: Nayyar - Dismissal

I have had a death in my family and am dealing with that right now.  I can assure you that the dismissal will be filed.  I am not available for a conference with Judge King tomrmorrow.  Derek is out because of personal reasons and has nothing to do with this case.

Patmon LLC
Attorneys at Law
Easton Town Center
4100 Regent Street, Suite U
Columbus, Ohio 43219
Ph: (614) 470-9860
Fax: (614) 470-9930
Email: wpatmon@patmonlaw.com
www.patmonlaw.com

NOTICE FROM PATMON, LLC

The information contained in this e-mail message is privileged and confidential information intended for the use of the individual or entity to whom it is addressed.  If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately destroy, discard, or erase this communication and notify the sender of this e-mail of the error.

---

**From:** Armstrong, Kristopher [mailto:karmstrong@bakerlaw.com]
**Sent:** Wednesday, March 16, 2011 12:01 PM
**To:** William Patmon
**Cc:** Asensio, Mike
**Subject:** Nayyar - Dismissal

Bill,

It has now been over a month since you represented to us and to Magistrate Judge King in a February 9 chambers conference that Dr. Nayyar was going to voluntarily dismiss the case and refile it, and since

we conveyed to you the Defendants' approval of the dismissal. On February 17, you stated in an e-mail that you were working on the dismissal and would have it done soon. However, by February 25, we still had not received it. Because you said you were busy on another case, I put together a draft notice of dismissal and sent it to you on February 25. To date, you have not filed it. And, today, Derek Bricker withdrew from the case, despite your representation to us and the Court that the case is about to be dismissed.

If the dismissal is not filed by the close of business tomorrow (March 17, 2011), we will seek another conference with Magistrate Judge King to resolve this issue and get the dismissal put on the record.

Please call me if you would like to discuss.

Thanks,

Kris

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

4/6/2011