**Armstrong, Kristopher**

| | |
|---|---|
| **From:** | William Patmon [Wpatmon@patmonlaw.com] |
| **Sent:** | Tuesday, April 05, 2011 5:24 PM |
| **To:** | Armstrong, Kristopher |
| **Subject:** | Filing dismissal entry today |
| **Importance:** | High |

Patmon LLC
Attorneys at Law
Easton Town Center
4100 Regent Street, Suite U
Columbus, Ohio 43219
Ph: (614) 470-9860
Fax: (614) 470-9930
Email: wpatmon@patmonlaw.com
www.patmonlaw.com

NOTICE FROM PATMON, LLC

The information contained in this e-mail message is privileged and confidential information intended for the use of the individual or entity to whom it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately destroy, discard, or erase this communication and notify the sender of this e-mail of the error.