## Armstrong, Kristopher

| | |
|---|---|
| **From:** | Armstrong, Kristopher |
| **Sent:** | Wednesday, April 06, 2011 11:08 AM |
| **To:** | William Patmon |
| **Cc:** | Asensio, Mike |
| **Subject:** | Nayyar v. Mt. Carmel |
| **Attachments:** | 20110406110605816.pdf |

Bill,

Please see the attached correspondence regarding stipulation to the timeliness of claims.

Kris

My Bio | Web site | V-card

T 614.462.4788
F 614.462.2616
M
www.bakerlaw.com

**Kris Armstrong**
karmstrong@bakerlaw.com

Baker & Hostetler LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215-4260



# Baker Hostetler

Baker&Hostetler LLP

Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260

T 614.228.1541
F 614.462.2616
www.bakerlaw.com

Kristopher J. Armstrong
direct dial: 614.462.4788
KArmstrong@bakerlaw.com

April 6, 2011

William Patmon, III, Esq.
Patmon, LLC
4100 Regent St., Suite U
Columbus, Ohio

Re: Sunil Nayyar v. Mount Carmel Health System, et al.

Dear Mr. Patmon:

This letter is to confirm our conversation in which we agreed that if Dr. Nayyar dismisses Case No. 2:10-cv-00135-ALM-NMK without prejudice, and re-files the same Second Amended Complaint as is currently pending, Defendants will stipulate to the timeliness of all of Dr. Nayyar's state-law claims and his non-Title VII federal-law clams so long as the case is re-filed within one year after Case No. 2:10-cv-00135-ALM-NMK is dismissed. Defendants will stipulate to the timeliness of Dr. Nayyar's federal Title VII claims so long as the case is re-filed within 90 days after Dr. Nayyar received his right-to-sue letter from the EEOC.

Very truly yours,

Kristopher J. Armstrong