7-9-2009

Incident Report

This is a statement of an incidence report made against Amanda Bowers RN

On July 7, arterial lines and central lines were being placed. My intern attempted to place a A-line on a patient and Amanda Bowers was her assistant. After 20 minutes, I attempted to look in to see if the line was placed and when I saw that her attempt was unsuccessful, I than made my attempts while the OB resident proceeded to address other patients in the ICU. My attempt was successful after 15 minutes and I than went to another room as that patient required an A-line due to hemodynamic instability. During the procedure, we had a conversation on how respiratory therapists have the most experience with the radial artery and Amanda was making fun of residents stating that nurses are better in placing lines due to their experience . As I was sitting, after 20 minutes of attempting, using the doppler to find the artery, which was held by the nurse (who was wearing sterile gloves), I had the nurse hold the A-line catheter as I had to stand up due to a cramp in my back. I left the A-line in as I knew the artery was near and I didn't want to cause a hematoma so I had Amanda hold the A-line in position as I stood up quickly to relieve the cramp in my back. As I let go of the A-line, Amanda must have moved the A-line and started to call my name as she was in the artery and at that point I quickly took over and advanced the guide wire and pushed the catheter in. I think the nurse was holding on the back end of the catheter when I advanced the line. There weren't any complications to that procedure.

Sunil Nayyar MD

