

# MOUNT CARMEL
### Medical Education

793 West State Street • Columbus, Ohio 43222-1551
mountcarmelhealth.com

July 22, 2009

On July 9, 2009, the Internal Medicine Program Director contacted you regarding the events surrounding arterial line placement on a patient. At that time, you were instructed not to communicate these events with any other employee as Mount Carmel Health System (MCHS) was investigating the events surrounding this line placement. You were also instructed to present the events surrounding the arterial line placement in writing by 8:00 am the next morning.

Over the next several days, there is evidence that you made contact with multiple employees concerning the specifics of this arterial line placement.

On July 9, 2009 at 6:00 pm, an associate received a telephone call from you. In this conversation, you outlined to him the events surrounding placement of this arterial line.

On July 9, 2009 at 9:00 pm, you contacted an associate who reported that you informed her that she was removed from clinical duties.

On July 9, 2009 at 10:00 pm, you contacted an associate and they reported that you informed her that you had spoken to a nurse, and they felt that you should be removed from clinical duties as there is an investigation.

On July 10, 2009 at 5:52 pm, you contacted an associate and they reported that you asked him if he knew what was going on regarding arterial line place and a code.

On July 16, 2009 at 2:45 pm, you confirmed that you spoke with 2 associates but denied discussion of the events surrounding the arterial line placement. You also reported no conversation with any other employee regarding the events surrounding the arterial line placement.

The ACGME outlines 6 General Competencies. First, there is Interpersonal & Communication Skills. The ACGME specifically ask that you demonstrate the ability to "communicate effectively with physicians, other health professionals, and health related agencies" and to "work effectively as a member or leader of a health care team." Next, there is Professionalism. "Residents are expected to demonstrate compassion, integrity, and respect for others." Next, there is Systems-based Practice. You are expected to "work effectively in various health care delivery settings."

DEFENDANT'S
EXHIBIT
2
2-26-10

RESPECT. COMPASSION. EXCELLENCE. CARE OF THE POOR AND UNDERSERVED. SOCIAL JUSTICE

You were specifically instructed by the Internal Medicine Residency Program Director to not discuss the events surrounding this arterial line placement with any other MCHS employee. Your contact with multiple MCHS employees made the investigation regarding the events surrounding the arterial line placement difficult. Your role as a PGY-3 Trainee does not include removing PGY-1 Trainees from clinical duties. This responsibility falls under the Program Director's responsibilities. Your actions overstepped your authority. As a MCHS employee, you have many expectations. All MCHS employees are expected to "promote a culture of trust, open communication, and respect; treat others with honesty, dignity, fairness, and respect; commit to working with others in a supportive, team environment."

Your actions outlined above show your lack of ability to communicate effectively with physicians and other health professionals and an inability to work effectively as a leader of a health care team. This challenges the competency Interpersonal Skills and Communication. Your actions do not demonstrate compassion, integrity, honesty or respect for others. This challenges the competency Professionalism. Your lack of understanding of your role as an employee in the MCHS and maintaining organizational integrity make it difficult for you to work effectively within this health care delivery system. This challenges the competency Systems-based Practice.

Because of your actions, it is necessary for the Internal Medicine Residency to terminate you from the training program. You have the right to request a formal review from the Program's Education Committee as outlined in the Resident Physician Handbook and Policy Manual.

*[signature]*
John C. Weiss, M.D.
Program Director
Internal Medicine Residency
Mount Carmel Health System


*Refused to sign* — *[initials]*
Sunil Nayyar, M.D.
PGY-3 Trainee
Internal Medicine Residency
Mount Carmel Health System

*[handwritten note]* Today at our meeting, Dr. Nayyar denied contacting anyone other than "Clarissa and Hai" to let them know he would not be in. He also denied telling "Clarissa that she was removed from clinical duties."