This is a petition from the entire residency program regarding the Medical Intensive Care Unit call. All residents who sign below agree that without an in-house Critical Care supervisor, safety is an active issue.

Bryan Alexander _____ Sunil Nayyar _____

Nora Alghothani _____ Stella Gandhi _____

Afrina Aziz _____ Dana Houser _____

Haidong Bao _____ Michael Puruggganan _____

Jonathan Borders _____ Ibiene Osuobeni _____

Binay Eapen _____ Kanan Patel _____

Shamitha Francis _____ Ashwin Ulam _____

Erum Shaikh _____ Sana Siddiqui _____

Sowmya Varre _____

PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
3
2-2-10