CERTIFICATE

STATE OF OHIO          :
                                   SS:
COUNTY OF FRANKLIN  :

          I, Carol A. Kirk, a Registered Merit Reporter
and Notary Public in and for the State of Ohio, duly
commissioned and qualified, do hereby certify that the
within-named SUNIL NAYYAR was by me first duly sworn to
testify to the truth, the whole truth, and nothing but
the truth in the cause aforesaid; that the deposition
then given by him was by me reduced to stenotype in the
presence of said witness; that the foregoing is a true
and correct transcript of the deposition so given by
him; that the deposition was taken at the time and
place in the caption specified and was completed
without adjournment; and that I am in no way related to
or employed by any attorney or party hereto or
financially interested in the action; and I am not, nor
is the court reporting firm with which I am affiliated,
under a contract as defined in Civil Rule 28(D).

          IN WITNESS WHEREOF, I have hereunto set my
hand and affixed my seal of office at Columbus, Ohio on
this 1st day of March, 2010.


_____
CAROL A. KIRK
NOTARY PUBLIC, STATE OF OHIO

My Commission Expires:  April 8, 2012.

                    - - -

FRALEY, COOPER & ASSOCIATES
(614) 228-0018        (800) 852-6163        (740) 345-8556