

# Mount Carmel Health System Program Directors

## Family Medicine

 Chad Braun, MD — Program Director
 Kacian Alexander, MD — American University of the Caribbean
 Heather Bartlett, MD — St. Matthews University
 Leah Dilangalen, MD — University of Santo Tomas

 Daniel Espinoza, MD — Univ Nacional Federico Villarreal
 Angela Floyd, MD — Wright State University
 William Gustave, MD — St. Matthews University
 Vivek Kesara, MD — Ross University

 Valerie Kuenzli, MD — Wright State University
 Jennifer Lambert, DO — LECOM
 Jaime Marks, MD — Wright State University
 Deepa Mathur, MD — St. George's University

 Chad Osborne, MD* — University of California - San Diego
 Sheetal Patel-Veluswamy, MD — University of Lublin
 Srikar Reddy, MD* — Saba University
 Deon Regis, MD — Howard University

 Susan Sekel, MD — Virginia Commonwealth University
 Jolson Tharakan, MD — St. George's University
 Judy Wu, MD — St. Matthews University
 Mario Zacharatos, MD — Penn State University

## Internal Medicine

 John Weiss, MD — Program Director
 Bryan Alexander, MD* — Wright State University
 Nora Alghothani, MD — Ohio State University
 Afrina Aziz, MD — Saba University
 Haidong Bao, MD — Tianjin Medical College
 Nivedita Bijlani, MD — American University

 Jonathan Borders, MD — Medical University of the Americas
 Laura Burelli, MD — Universidad de Buenos Aires
 Amanda Caparso, DO — Touro University
 Binay Eapen, MD — JJM Medical College
 Shamitha Francis, MD — Ross University
 Stella Gandhi, MD — Ross University

 Dana Houser, MD — St. Matthews University
 Jorn Kaevel, MD* — Universität Hamburg
 Marwan Mohammad, MD — St. Matthews University
 Huma Naikoo, MD — SKIMS Medical College
 Sunil Nayyar, MD — Saba University
 Ibiene Osuobeni, MD — University of Port Harcourt

 Chandreshkumar Parmar, MD — St. George's University
 Kanan Patel, MD — Saba University
 Misael Puruganan, MD — Manila Central University
 Pooja Raghavan, MD — St. Christopher's
 Erum Shaikh, MD — Dow Medical College
 Sana Siddiqui, MD — Baqai Medical College

 Kathleen Stuart, DO — Chicago College of Osteopathic Medicine
 Ashwin Uttam, DO — Des Moines University
 Sowmya Varre, MD — Rangaraya Medical College


*Chief resident

DEPOSITION EXHIBIT 4 — Dr. Nayyar — PENGAD-Bayonne, N.J. — MC000810