## MOUNT CARMEL
## Medical Education

793 West State Street • Columbus, Ohio 43222-1551
mountcarmelhealth.com

August 26, 2009

Sunil Nayyar, MD

Dear Dr. Nayyar,

The Review Committee reached the unanimous conclusion that the appeal process in place is consistent with the GME policies and that Due Process has been honored by the Internal Medicine Residency Program Director and the Internal Medicine Residency's Education Committee.

Sincerely,

*John C. Weiss,*

John C. Weiss, MD
Program Director
Internal Medicine Residency
Mount Carmel Health System


DEPOSITION EXHIBIT 5
Dr. Nayyar

*RESPECT, COMPASSION, EXCELLENCE, CARE OF THE POOR AND UNDERSERVED, SOCIAL JUSTICE*