**Kile, Steven**

**From:** Price, Debra
**Sent:** Thursday, July 16, 2009 2:25 PM
**To:** Trosin, Jill; Dickson, Jane; Contosta, Jeannette; Kile, Steven
**Subject:** FW: July 7th incident


Deb Price RN

**From:** Lisa Cottrell [mailto:lmcottrell@gmail.com]
**Sent:** Thursday, July 09, 2009 3:22 PM
**To:** Price, Debra
**Subject:** July 7th incident

To Whom it May Concern,
   I am writing this in regards to an incident that occurred Tuesday 7/7/2009 between the hours of 7pm and 7am. This is a factual account of what transpired.

The patient in bed 4H15 was a status post arrest and on the hypothermia protocol. This patient had needed to be placed on vasopressors for hypotension and it was determined that an arterial line be placed for accurate blood pressure monitoring. Sunil Nayyar, MD was the resident "night float" physician and had made approximately three attempts to place the arterial line to the patient's right radial artery without success. Amanda Bowers, RN was the MCICU's charge nurse for this shift and had come to see if she could be of any help. Dr. Nayyar had stated, "I can't get it." He then stated to Amanda and myself, "Do you guys want to try?" I then shook my head and stated that this type of procedure is outside of a nurses scope of practice. Amanda stated, "Sure, I'll try, but this stays between us." On her first attempt, the patient developed a hematoma to her right wrist at the puncture site and manual pressure was held for approximately 5 minutes. On her second attempt to the same artery, she was successful. Dr. Nayyar stepped in to suture the line in place and I then handed him the pressure tubing. Amanda stepped out of the room for a moment and then came back, asking if the line was drawing. I checked, and it was. I did remain in the room, at the patient's bedside during this proceure and witnessed these events.

Please contact me as necessary with any questions. Thank you.

Sincerely,
Lisa M. Cottrell, RN, BSN

lmcottrell@gmail.com
Home: 740-363-9159
Cell: 614-425-4468



7/17/2009

MC000020