# Internal Medicine Call Schedule
## July 2009

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | GM Senior 4 pm - 7 am<br>GM Intern 4 pm - 7 am<br>Unit Senior 4 pm - 7 pm<br>Unit Intern 4 pm - 7 pm<br>Night Float 7 pm - 7 am | | **1**<br>GM Senior Osuobeni<br>GM Intern Burst/Registrar<br>Unit Senior Bao<br>Unit Intern ◯<br>Night Float Nayar | **2**<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Nayar | **3**<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Nayar | **4**<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Bao |
| **5**<br>GM Senior Osuobeni<br>GM Intern Burst/Corsmla<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Aziz | **6**<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayar | **7** | **8**<br>GM Senior Osuobeni<br>GM Intern Burst/Registrar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayar | **9**<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Nayar | **10**<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayar | **11**<br>GM Senior Shaikh<br>GM Intern Raghavan<br>Unit Senior Bao<br>Unit Intern Stuart<br>Night Float Bao |
| **12**<br>GM Senior Osuobeni<br>GM Intern Burst/Corsmla<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Aziz | **13**<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Nayar | **14**<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Nayar | **15**<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayar | **16**<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Nayar | **17**<br>GM Senior Osuobeni<br>GM Intern Burst/Registrar<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Nayar | **18**<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Bao |
| **19**<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Aziz | **20**<br>GM Senior Shaikh<br>GM Intern Burst/Corsmla<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Nayar | **21**<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Aziz<br>Unit Intern Mohammad<br>Night Float Nayar | **22**<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Gutierrez<br>Night Float Nayar | **23**<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayar | **24**<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Rink MS4<br>Night Float Nayar | **25**<br>GM Senior Osuobeni<br>GM Intern Burst/Registrar<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Aziz |
| **26**<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Nayar | **27**<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Carr<br>Night Float Nayar | **28**<br>GM Senior Shaikh<br>GM Intern Parmar<br>Unit Senior Aziz<br>Unit Intern Stuart<br>Night Float Nayar | **29**<br>GM Senior Osuobeni<br>GM Intern Burst/Corsmla<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Nayar | **30**<br>GM Senior Borders<br>GM Intern Raghavan<br>Unit Senior Bao<br>Unit Intern Mohammad<br>Night Float Nayar | **31**<br>GM Senior Varre<br>GM Intern Naikoo<br>Unit Senior Bao<br>Unit Intern Carr<br>Night Float Nayar | **1-Aug**<br>GM Senior Osuobeni<br>GM Intern Burst/Registrar<br>Unit Senior Bao<br>Unit Intern Rink MS4<br>Night Float Aziz |

EXHIBIT B




DEPOSITION EXHIBIT
Dr. Nayyar
PENGAD-Bayonne, N.J.