```
 1                    CERTIFICATE

 2
      STATE OF OHIO        :
 3                         SS:
      COUNTY OF FRANKLIN   :
 4
              I, Diane L. Schad, a Professional Reporter
 5    and Notary Public in and for the State of Ohio, duly
      commissioned and qualified, do hereby certify that the
 6    within-named SUNIL NAYYAR, M.D. was by me first duly
      sworn to testify to the truth, the whole truth, and
 7    nothing but the truth in the cause aforesaid; that the
      continued deposition then given by him was by me
 8    reduced to stenotype in the presence of said witness;
      that the foregoing is a true and correct transcript of
 9    the  deposition so given by him; that the continued
      deposition was taken at the time and place in the
10    caption specified and was completed without
      adjournment; and that I am in no way related to or
11    employed by any attorney or party hereto or financially
      interested in the action; and I am not, nor is the
12    court reporting firm with which I am affiliated, under
      a contract as defined in Civil Rule 28(D).
13            IN WITNESS WHEREOF, I have hereunto set my
      hand and affixed my seal of office at Columbus, Ohio on
14    this 31st day of August, 2011.

15
                              DIANE L. SCHAD
16                            NOTARY PUBLIC - STATE OF OHIO
      My Commission Expires:  June 17, 2015.
17                                - - -

18

19

20

21

22

23

24
```

FRALEY, COOPER & ASSOCIATES
(614) 228-0018        (800) 852-6163        (740) 345-8556