# William Patmon

| | |
|---|---|
| **From:** | Armstrong, Kristopher [karmstrong@bakerlaw.com] |
| **Sent:** | Wednesday, December 14, 2011 9:16 PM |
| **To:** | William Patmon |
| **Subject:** | RE: Need additional documents for deposition -- see prior emails. |

Bill,

As best as I can tell, you have asked for (1) any additional documents from Dr. Borders' file, and (2) any severance agreements with Dr. Border and Amanda Bowers.  As stated before, I believe that Dr. Borders' entire file has been produced.  I have asked again if there is anything else, and if I hear that there is, I will forward it to you.

Regarding your request for any severance agreements with other employees, any such documents (if they existed, which I cannot verify at this late hour), would be irrelevant to the claims and defenses in Dr. Nayyar's lawsuit.  As such, Defendants would object to producing any such documents.

Kris

-----Original Message-----
From: William Patmon [mailto:Wpatmon@patmonlaw.com]
Sent: Wednesday, December 14, 2011 5:43 PM
To: Armstrong, Kristopher
Subject: Need additional documents for deposition -- see prior emails.

The documents are needed in order to depose Weiss and oppose any motion filed by Mount Carmel.

Sent from my iPad

William Patmon III
Patmon LLC attorneys at law
4100 Regent Street, Suite U
Columbus, Ohio
614-470-9860 (phone)
614-470-9930 (fax)
www.patmonlaw.com

Located in Easton Town Center

Focus. Intelligence. Results.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law.  If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.