1/20/c

This is a petition from the entire residency program regarding the Medical Intensive Care Unit call. All residents who sign below agree that without an in-house Critical Care supervisor, safety is an active issue.

| | |
|---|---|
| Bryan Alexander _____ | Sunil Nayyar _____ |
| Nora Alghothani _____ | Stella Gandhi _____ |
| Afrina Aziz _____(verbal order)_____ | Dana Houser _____ |
| Haidong Bao _Haidong Bao (V.O.) 1/20/09_ | misael Purugganan _____ |
| Jonathan Borders _____ | Ibiene Osuobeni _____ |
| Binay Eapen _____ | Kanan Patel _____ |
| Shamitha Francis _Francis_ | Ashwin Uttam _____ |
| Erum Shaikh _Erum Shaikh_ | Sana Siddiqui _Sana Siddiqui_ |
| Sowmya Varre _Sowmya Varre_ | |