**WILES, BOYLE, BURKHOLDER & BRINGARDNER**
Co., LPA
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| JAMES M. WILES | DALE D. COOK | MARK C. MELKO | ARTHUR W. WILES (1906-1989) | *ADMITTED IN OHIO AND FLORIDA |
| MARK J. SHERIFF | JAY B. EGGSPUEHLER** | KERRY T. BOYLE | THOMAS A. DOUCHER (1908-1991) | **ADMITTED IN OHIO, NEW YORK AND THE DISTRICT OF COLUMBIA |
| THOMAS E. BOYLE | EUGENE L. HOLLINS | LAUREN S. BRILL | | JAY B. EGGSPUEHLER, ESQ., LLC |
| MICHAEL L. CLOSE* | WILLIAM B. BENSON | NEIL C. SANDER | DANIEL G. WILES (Retired) | ***ADMITTED IN OHIO AND PENNSYLVANIA |
| LAWRENCE A. BELSKIS**** | SAMUEL M. PIPINO*** | JENNIFER B. CASTO | | ****ADMITTED IN OHIO, FLORIDA AND THE DISTRICT OF COLUMBIA |
| RICHARD D. BRINGARDNER | C. WILLIAM KLAUSMAN | ALICIA E. ZAMBELLI | | |
| DANIEL E. BRINGARDNER | THOMAS L. HART | BRANDON L. ABSHIER | | |
| STEVEN P. ELLIOTT | JAMES M. HUGHES | NIKKI S. MESNARD | | |
| BRUCE H. BURKHOLDER | BRIAN M. ZETS | | | |

300 Spruce Street, Floor One
Columbus, Ohio 43215-1173
Telephone: 614/221-5216
Facsimile: 614/221-5692
www.wileslaw.com

10979 Reed Hartman Highway
Suite 239
Cincinnati, OH 45242
(513) 791-7202

August 13, 2009

**VIA FACSIMILE 234-2772 ONLY**
Li Tang, Ph.D.
Director of Medical Education
Mt. Carmel West Hospital
777 West State Street
Columbus, Ohio 43222

RE: Sunil Nayyar – Appeal of Internal Medicine Residency termination

Dear Dr. Tang:

This letter serves as Sunil Nayyar's appeal of the Program's Education Committee's August 10, 2009 decision affirming Dr. John Weiss's decision to terminate Sunil Nayyar. We believe the Committee's decision was arbitrary, unreasonable, and not supported by the record. Dr. Weiss's reasons used to support his decision were pretextual. Moreover, because Dr. Nayyar is about to complete his third year of residency, the Education Committee's decision prevents Sunil Nayyar from completing his residency and simply ends his much anticipated career as a physician.

Once you have formed the Administrative Review Committee, please let me know when it will meet. As Dr. Nayyar's counsel, I want to attend this meeting to ensure a fair, efficient, and equitable resolution of this matter. I also want to renew my request for a copy of Dr. Nayyar's written agreement of appointment and all Mr. Nayyar's documented formative (informal) and summative (formal) evaluation results, records of prior informal and formal corrective/disciplinary actions, and any other performance evaluations demonstrating his overall performance and conduct.

Finally, Mr. Nayyar again requests: his termination be suspended; he be allowed to return to work during this final stage of the appeals process; and he be fully compensated.

Should you have any questions or need additional information, please do not hesitate to contact me.

Sincerely,

Brian M. Zets

cc: Sunil Nayyar