10

1  I did a post secondary option where I was going to OSU,
2  as well as another community college during my high
3  school year.  Following that, I went to Youngstown
4  State University, finished in about three years.  I did
5  research during that time as well.  And then following
6  that, I went to study abroad at Netherlands Antilles;
7  and following that, I finished up my medical degree,
8  the last two years of medical school at UMKC, as well
9  as in Chicago and Mt. Carmel.
10            After that, I did about 16 months of
11  cardiovascular research, and then I joined Mt. Carmel
12  Hospital, family medicine residency, and transferred
13  from there to the internal medicine department.
14       Q.   What were you studying in the post secondary
15  option at OSU?
16       A.   Just regular classes for undergrad.  It was
17  psychology, honors English, classes like that.
18       Q.   And what was your major at Youngstown State?
19       A.   Biology, minor in chemistry.
20       Q.   And did you graduate with a B.S.?
21       A.   Yes.
22       Q.   What year did you graduate from Youngstown
23  State?
24       A.   2000.

79

1          MR. PATMON:  Objection.
2      A.   I'm not a surgeon.
3          MR. PATMON:  Go ahead.
4          Answer the question.
5      Q.   Sure.  But my question is this --
6          MR. PATMON:  Argumentative.  Go ahead.
7      Q.   -- would you agree there are certain
8  procedures that you know that you can't ask a nurse to
9  do, for example?
10     A.   I don't know that.  I do not know that.
11     Q.   You don't that?
12     A.   No.  I'm sure the nurse should know what her
13 limitations are.
14     Q.   So you would expect a nurse to tell you if
15 you asked her to do something that was outside of her
16 scope?
17     A.   Yes, because I don't know nurses' rules or
18 laws or regulations or what they can and cannot do.  I
19 don't know what extent of scope of practice they've
20 been trained in.  If a surgeon asks a nurse to cut an
21 arm off, she should say, "I'm not a surgeon.  I can't
22 do that."  I don't know what their scope of practice
23 is.  I'm not a nurse.
24     Q.   So with respect to this A line incident on

94

 1   not sure exactly what they did, so I made multiple
 2   attempts.  I even called Jonathan Borders to see if he
 3   had another pager number of his or home number to call
 4   him.  He didn't.
 5       Q.   So then did you ever speak with Dr. Weiss in
 6   response to trying to page him that night?
 7       A.   I wasn't able to get a hold of him.
 8       Q.   When he spoke with you the first time, did he
 9   tell you not to discus the A line incident with
10   anybody?
11       A.   The first time was when he called me when I
12   was sleeping.  He did not mention anything like that,
13   and I do not recall any of that.  That's why I tried to
14   call him, to figure out what was going on, but I was
15   unable to get in touch with him.
16       Q.   And I believe your testimony is that you were
17   sleeping, though, so you don't recall that entire
18   conversation?
19       A.   That's right.  He called me within a ten-hour
20   period.
21       Q.   After you spoke with Dr. Weiss, did you
22   contact anybody about the A line incident?
23       A.   I contacted the senior ICU resident, because
24   I'm supposed to meet him at 7:00 p.m. for checkouts,

95

```
 1   and I told him, "I am not coming, that Kanan is coming
 2   based on Dr. Weiss telling me that to cover my shift,
 3   but I'm not sure."  And soon after that he was like,
 4   "What is going on with this matter?"  And he was asking
 5   me about it, because he heard about it from Dr. Weiss.
 6            I also asked Hai if the OB resident is
 7   around, if she's okay, and he says, "I don't know where
 8   she's at."  So I attempted to call her to see if she's
 9   okay, as I'm not coming to work, and I don't know the
10   details of it, that I was -- that there's something
11   going on with an A line, and that's -- I mean I don't
12   know what else to say about that unless you want more
13   detail.
14       Q.   Did you contact anyone else?
15       A.   Yes.  I had an e-mail sent in my e-mail box
16   from Amanda Bowers saying, "Contact me.  Here's my
17   number.  I'm on administrative leave."  So I contacted
18   her.  She provided the phone number.
19       Q.   You called her?
20       A.   Yes.  She provided the phone number.
21       Q.   Do you still have that e-mail, by any chance?
22       A.   Yes, I do.
23       Q.   Did you contact anybody else besides the
24   people we've already talked about?
```

99

1      A.   I mentioned that I talked to him that -- I
2  asked him, "Do you know if Weiss heard from HR
3  regarding the statement from Amanda regarding the A
4  line procedure?"  That's what I asked him.
5      Q.   Did you speak with Brian about the facts of
6  what happened in the incident?
7      A.   I do not recall.
8      Q.   Okay.
9      A.   It was a very brief, brief call.
10     Q.   Tell me about your call with Amanda Bowers.
11 What did you talk about with her?
12     A.   When I called her, she said, "I was on
13 administrative leave.  Are you?"  I said, "I think so,"
14 and she's like -- and I asked her, "What is going on?"
15 And she was telling me, "I don't know.  I think a
16 nurse" -- and I think she mentioned Lisa's name.  I'm
17 not sure on that. -- "stated that I placed an A line."
18 That was pretty much the call, and she was like
19 freaking out.  She was under a lot of stress and
20 pressure, and I started to become stressed out at that
21 point in time as well.
22     Q.   Why?
23     A.   Because I didn't know what was going on.  I
24 was trying to get in touch with Dr. Weiss.  No one is

101

```
 1      Q.   But the question is, if she says, "Dr. Nayyar
 2   told me to say I never even touched it" --
 3      A.   That is absolutely incorrect.  To my best
 4   recollection, that is absolutely incorrect.  She
 5   touched it.
 6      Q.   Did you also speak with -- you mentioned
 7   another intern, Clarissa.  Is that Clarissa Gutearus
 8   (sic)?
 9      A.   Yes.
10      Q.   Did you speak with her after Dr. Weiss called
11   you?
12      A.   Yes.
13      Q.   What was your conversation with Clarissa?
14      A.   I mentioned before that I was making sure she
15   was okay.  I said, "Are you okay?  I am on leave.  I
16   don't know why.  Has something to do with this A line.
17   Are you okay?  Did you get placed on leave?"  She said,
18   "No."  I said, "Okay."  But she was -- I think she was
19   working at the time, so I think she had to go.  I don't
20   recall the details, and I said I'd call her later then.
21      Q.   Did you call her later?
22      A.   I think so.  I don't know the details of
23   that.
24      Q.   Did you tell Clarissa that you were placing
```

116

1    Q.   Did anything else happen at the meeting other
2  than just explaining what happened?
3    A.   They asked, "Did you talk to residents or
4  others?"  And I said, "Yes."  They asked, "Why were you
5  talking to residents?"  I said, "Well, Dr. Weiss didn't
6  tell me not to talk to residents."  And the residents
7  were calling me because he had a meeting telling them
8  what happened.  So all these residents were calling me.
9  I think they looked at him, at Dr. Weiss, when I made
10  that comment.  I don't know if he was allowed to tell
11  them or not.  I don't know.  But it was a very -- it
12  felt like a very hostile environment against me.  From
13  what I thought was an investigation with her, it seemed
14  like they were blaming it on me.
15    Q.   Did they discuss anything else at the
16  meeting?
17    A.   Like what?
18    Q.   Just asking if there was anything else
19  discussed that you recall.
20    A.   They mentioned that did I speak to Amanda
21  near the end of the conversation; and at that point, I
22  said, "No," but I was kind of scared at the time
23  because everyone is yelling at me, saying, you know,
24  "This person could die.  This person could have died."

119

```
 1   asked, "What is the meeting about?" he said, "I cannot
 2   say."
 3       Q.   So did you then have that meeting with HR?
 4       A.   I had that meeting.  I went to his office
 5   first, and then him and Steve Kile took me to a room,
 6   and they didn't say anything.  They just gave me a
 7   sheet of paper and said everything is written on there.
 8       Q.   And then what did you do?
 9       A.   I read it, and I said, "This is not true."  I
10   said, "This is not true on each paragraph."  I said, "I
11   never told an OB-GYN that I could fire an OB-GYN."  I
12   said, "That's not true," and they would not say
13   anything.  And at the end of the conversation, you
14   know, I said, you know, "This investigation was on an A
15   line, and you guys are terminating me for something
16   that doesn't even involve the A line."  That didn't
17   even make sense to me.  Everything written there had
18   nothing to do with the A line investigation, and I was
19   shocked that I'm being terminated when for all this
20   time they're saying the investigation was on Amanda
21   Bowers.
22            I was never placed on probation, never given
23   anything in writing, nothing, and I told Dr. Weiss, you
24   know, "My career would be over."  I was like, "I cannot
```