

**MOUNT CARMEL**
Medical Education

793 West State Street • Columbus, Ohio 43222-1551
mountcarmelhealth.com

Program Education Committee
August 6th, 2009

Members Present:
Mark Easterday, MD – Chair
G. Pat Ecklar, MD
Vik Tamaskar, MD
Roy St John, MD

Guest present:
Steven Kyle – Director Human Resources, Mount Carmel West Hospital

Meeting Convened – 7:15 am
Meeting Adjourned – 9:00 am

The committee met at the request of Dr. Nayyar to review the decision and evidence in regards to his dismissal.

Dr. Weiss presented evidence to support the decision of dismissal citing past and recent events of poor professional conduct as outlined by the ACGME core competencies.

Dr. Nayyar was given opportunity to separately present evidence regarding the decision of dismissal. He spoke for approximately 40 minutes and then fielded questions from the committee.

The committee reviewed the residents file and heard the presentations of the Program Director and the Resident. We heard summation of statements from multiple employees including witnesses of the July 7th event and several peer residents showing inconsistencies of Dr. Naayar's statement and possible corroboration of the other investigated person. We believe that the past and recent evidence shows a pattern of behavior of the Resident that are inconsistent with both the ACGME core competency of Professionalism and the policies and standards of the Mount Carmel Health System.
In summary, we agree with the decision of dismissal per the above stated guidelines.

Mark Easterday, MD – Committee Chair