

**MOUNT CARMEL**
Medical Education

793 West State Street • Columbus, Ohio 43222-1551
mountcarmelhealth.com

August 26, 2009

John Weiss, MD
Program Director, Internal Medicine Residency
Mount Carmel Health System

Dear Dr. Weiss:

In response to Dr. Sunil Nayyar's letter c/o his lawyer Mr. Brian Zets, dated August 13th, 2009, in which he appealed the Internal Medicine residency's Education Committee's decision in support of your decision to terminate his residency training, I have formed a special Administrative Review Committee to review the entire process, according to the current MCHS Graduate Medical Education's Resident Physician Handbook and Policy Manual. The Committee members include Dr. Chad Braun, Program Director for Family Medicine residency; and Dr. James Parsons, Program Director for Transitional Year residency. I serve as the Committee chairperson.

Following the review guidelines as specified in the Handbook, the Review Committee members individually reviewed documents related to Dr. Nayyar's termination and appeal process, provided by you and the Education Committee. The Review Committee then met on August 24th to discuss the specifics of the case. Mr. Steven Kile, Director of Human Resources at MC-West Hospital, was present at the meeting per the Committee's request and provided additional information related to the case.

After careful review of all documents and discussions among the Review Committee members, we have reached the conclusion unanimously that the appeal process in place is consistent with the GME polices and that Due Process has been honored by you and the program's Education Committee.

Please let us know if you have any questions.

Sincerely,

Li Tang, EdD, MA, MPH
Director of Medical Education

Cc: Steven Kile, Director of Human Resources-MCW