Weather /

SEARCH: [         ] Go!
E-MAIL
ALERTS | RSS | PODCASTS FEATURED LINKS
bedroomsfirst



| ONN HOME PAGE | 10TV HOME PAGE | WEATHER | VIDEO | SPORTS | BUSIN
| FEATURED LINKS | PROGRAM GUIDE | DISCOVER OHIO | GREEN OHIO | B

## Doctor Accuses Hospital In Firing

Wednesday, August 18, 2010 8:58 PM
Updated: Thursday, August 19, 2010 7:27 AM
ONN



VIDEO

Print Story | E-mail Story

**COLUMBUS, Ohio** — An Ohio doctor said he can no longer practice medicine, and blames the hospital he once worked for because of it.

"I walked into their office and told them if we do not change anything in ICU, that people will die," said Dr. Sunil Nayyar.

Nayyar worked at Mount Carmel West from 2006 to 2009, ONN's Stephanie Mennecke reported on Wednesday.

Nayyar's dream of taking care of patients has since turned into a nightmare.

While working in ICU at Mt. Carmel West, Dr. Nayyar noticed something troubling.

"At night, there were no in-house critical care physicians, and that raised a lot of concerns," Nayyar said.

Nayyar said he brought those concerns to his program director, but nothing was done.

That's when he and 16 other ICU residents decided to take it one step further and signed a petition stating safety is an active issue.

"For six months we did not see any change," Nayyar said. "I continued to bring this topic up and just did not hear a response."

When Nayyar wouldn't let the issue go, he said the hospital let him go instead.

"He was told that if you keep speaking out and keep saying things then we are going to get fired. If you get fired, your career is going to be over," said William W. Patmon III, Nayyar's attorney.

Patmon said that the case is in the United States District Court, and they're ready to take it to a jury.

"It's wrong, his career should not have ended this way," Patmon said. "It's wrong and we are going to take actions and fight as hard as we need to until we get some justice."

ONN contacted Mt. Carmel West Hospital to get their side of the story.

A spokesperson said they could not comment in detail about pending litigation, but said that the allegations are completely without merit.

"Dr. Nayyar was dismissed from his medical residency program following a thorough investigation into a patient care safety issue for which he was responsible," said the spokesperson.

Nayyar said speaking his mind was the only thing that he had done wrong.

"If no one stands up to things like this, people will suffer and ultimately die," Nayyar said.

A spokesperson for Mt. Carmel West also added that their hospital has received national recognition for its quality of care. They said that they are committed to maintaining the highest clinical standards and require their staff to uphold them.

Patmon said, amongst other things, they are seeking loss of wages from the hospital.

They're also requesting Nayyar finish his residency program, and they want the hospital to correct their practices within ICU.

Watch ONN and refresh ONNtv.com for additional information.

©2010 by ONN. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Recommend 5

Read 2 comments »

## Type in your comments below

**Name (appears on your post)**  Check the Map

**Comments**

Type the numbers you see in the image on the right:



Post Comment

*Please note by clicking on "Post Comment" you acknowledge that you have read the Terms of Service and the comment you are posting is in compliance with such terms.* **Be polite.** *Inappropriate posts may be removed by the moderator.*

---

**Share this story:**  del.icio.us  Digg  Facebook  Google  Yahoo  Reddit

---

**Sign Up For Free E-Mail Alerts**
Breaking News   Weather   Sports   News Headlines   School Closings

**Sponsored Content Links**

**Can You Get A DUI Without Driving?**

Can you get a DUI without driving? Though it seems an oxymoron, the answer might surprise you. More

**See Your 2011 Credit Scores Free!**

Get all 3 credit scores from all 3 credit bureaus in 3 easy steps free and online! More

**Go Back To School With A Grant?**

Return to school online with a grant. You may qualify for grants and scholarships that can help you pay for your degree. More

**Mortgage APRs Hit 3.25%**

If you owe less than $729,000 on your mortgage, you probably qualify for the President's Home Refi Program. Qualify now. More

---

ONN E-Mail Alerts | Featured Links | Video | Weather | Central Ohio Headlines | Sports | National/World | S
Discover Ohio | Ohio & Company | Ohio State Football | OSU Men's Basketball | OSU Women's Basketball | ONN Politics
Brain Game | Business | Pediatric HealthSource | Commit To Be Fit | Show You Care | Obituaries | Entertainm

© Copyright 2011, WBNS-TV, Inc. All Rights Reserved. For more information on this site, please read our Privacy Policy, About Our Terms of Service. It is the policy of The Dispatch Broadcast Group to provide equal employment opportunity to all qualified individua regard to their race, color, religion, national origin, age, sex, martial status, disability, military status, citizenship or any other legally-r status in accordance with applicable local, state and federal law.

97.1 The Fan | BlueJacketsXtra | Ohio News Network | ONN Radio | ThisWeek Community Newspapers | Columbus Alive | Columbus C